IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CORY HODGE,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 16–155–M–DLC<br><br>ORDER |

The Plaintiff having filed a stipulation motion for dismissal with prejudice (Doc. 3),

IT IS ORDERED that the motion (Doc. 3) is GRANTED and this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 4th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court